**Karol Ann STAFFORD, Appellant,**

v.

**Ashlie Davis–WESLEY, Respondent.**

**No. WD 68195.**

Missouri Court of Appeals,
Western District.

May 20, 2008.

Michael J. Fleming, Esq., Kansas City, for appellant.

Michael P. Waddell, Esq., Kansas City, MO., for respondent.

Before Div IV: HOWARD, C.J., HARDWICK, and WELSH, JJ.

**ORDER**

PER CURIAM.

Karol Ann Stafford appeals from a judgment entered against her for $4,000 in property damage resulting from a car accident. For reasons explained in a Memo-randum provided to the parties, we affirm the judgment. **Rule 84.16(b).**